### J. H. REED, alias Pedro, v. STATE.
(No. 12258.)

Court of Criminal Appeals of Texas. Jan. 23, 1929.

Fred H. Woodard, of Amarillo, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for driving an automobile while intoxicated; punishment, a fine of $200 and 60 days in the county jail.

The record is here, without any statement of facts or bills of exception. The indictment seems to charge correctly the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

### H. C. REESE v. STATE. (No. 12240.)

Court of Criminal Appeals of Texas. Jan. 23, 1929.

Wm. H. Burnett and R. E. Prothro, both of Amarillo, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is the unlawful possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for a period of one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.